```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF KENTUCKY
                 NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO.: 2:18-CV-179 (WOB-CJS)

**SARNAA ARCHIE, ET AL**                                              **PLAINTIFFS**

VS.                              <u>ORDER</u>

**BUDGET RENT A CAR**
**SYSTEM, INC., ET AL**                                               **DEFENDANTS**

This matter is before the Court on defendants' motion to dismiss (Doc. 5), and the Court being advised,

**IT IS ORDERED** that oral argument on said motion be, and is hereby, **SET FOR MONDAY, MARCH 25, 2019 AT 1:00 P.M.**

This 7th day of February 2019.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge